# EXHIBIT 1

# AFFIDAVIT OF LENA SHOU KUO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HEE JIN LOWERY and JOHN LOWERY, Individually, and as Assignees of Shou & Shou, Inc., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.: 1:20-cv-05148-TWT |
| AMGUARD INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## AFFIDAVIT OF LENA SHOU KUO

Personally appeared before the undersigned officer duly authorized by law to administer oaths, Lena Shou Kuo who, after being duly sworn, states as follows:

1.     My name is Lena Shou Kuo. I am over the age of 21 and not suffering from any disability. I am competent to provide testimony contained herein and provide this affidavit for use in the above captioned case and all other purposes permitted by law. I have personal knowledge of the facts stated herein and attest that they are true and correct.

2.      For many years, I and my siblings, Lenny Shou and Lili Shou, have owned various Asian style restaurants in the Atlanta area. In 2013, we had three restaurants which were operated under the name "Noodle." Each restaurant was owned by me and my siblings under separate corporate names. This included the Noodle restaurant located at 3693 Main Street, College Park, Georgia, incorporated as Shou & Shou, Inc.

3.      In 2013, I talked to our insurance agent about obtaining insurance for our three Noodle restaurant locations. The agent placed us with AmGuard Insurance Company which issued a business owners policy listing all three locations, including the Noodle Restaurant at 3693 Main Street, College Park, and a workers compensation policy covering the same restaurants. The business owners' policy was renewed every year for five years while the workers compensation policy was renewed only once or twice.

4.      Specifically, from 2013 through 2018, AmGuard Insurance Company issued the following business owner's policies:

a.      Policy number NOBP404703; policy period September 21, 2013, to September 21, 2014 (Attachment A).

b.      Policy number NOBP506733; policy period September 21, 2014, to September 21, 2015 (Attachment B).

    c.    Policy number NOBP610038; policy period September 21, 2015, to September 21, 2016 (Attachment C).

    d.    Policy number NOBP749206; policy period September 21, 2016, to September 21, 2017 (Attachment D).

    e.    Policy number NOBP827149; policy period September 21, 2017, to September 21, 2018 (Attachment E).

    f.    Policy number NOBP92994; policy period September 21, 2018, to September 21, 2019 (Attachment F).

5.    All the business owner policies issued by AmGuard Insurance Company to my family's restaurants named "Noodle, Inc." as the named insured and listed the Noodle College Park restaurant as "LOCATION: 001 BUILDING: 001."

6.    "Noodle, Inc." is not the actual corporate name of any of our restaurants. Rather, "Noodle" is merely the tradename of Shou & Shou, Inc. and the other restaurants that were insured.

7.    Neither I nor my siblings have ever had any ownership interests in any corporation by the name "Noodle, Inc.," and there has never been a time when any of my family's restaurants was owned or were associated with a corporation named "Noodle, Inc."

8.      From the beginning, all premium notices for the aforementioned policies were sent to "Noodle, Inc." at 3693 Main Street, College Park, Georgia and were paid on Shou & Shou's operating account.

9.      In 2016, a patron by the name of Eled Addus filed a lawsuit for injuries sustained at the Noodle restaurant located at 3693 Main Street, College Park.  Through my agent, I turned this lawsuit over to AmGuard Insurance Company to handle.  AmGuard assigned an attorney to represent the restaurant, and I cooperated fully.

10.     During the *Addus* case, I explained the corporate structure and ownership interests of Shou & Shou, Inc. in the Noodle restaurant located at 3693 Main Street, College Park to the attorney assigned by AmGuard.  It is my understanding that the attorney substituted Shou & Shou, Inc. into the lawsuit as the proper party, and he continued to defend us through settlement of the case.

11.     At no time during or in response to the *Addus* lawsuit did anyone from AmGuard or otherwise ever inform us that Shou & Shou, Inc. was not insured under the business owners' policy or that there was any question about coverage for Shou & Shou, Inc.  AmGuard did not cancel the policy and did not cease accepting premiums from Shou & Shou, Inc. Rather, it continued to insure us under the tradename Noodle, Inc. and renewed the policy for a fifth time in

September of 2018 with one remaining location, 3693 Main Street, College Park, Georgia 30337.

12.    In 2018, a patron by the name of Zuri Zahara Love filed a lawsuit against Shou & Shou, Inc. and others for injuries sustained at the Noodle restaurant located at 3693 Main Street, College Park on December 1, 2016. Through my agent, I turned this lawsuit over to AmGuard Insurance Company to handle.

13.    AmGuard Insurance Company assigned an attorney to represent the restaurant in the *Love* lawsuit, and we cooperated fully. We informed the attorney assigned by AmGuard that Noodle is the tradename of the restaurant, but it is owned and operated by Shou & Shou, Inc. doing business as Noodle. After providing the attorney this information, AmGuard did not deny coverage, cancel the policy or cease accepting premiums from Shou & Shou, Inc.

14.    In July of 2019, Shou & Shou, Inc. was served with a lawsuit filed by Hee Jin and John Lowery for injuries Mrs. Lowery sustained on July 26, 2017, at the Noodle restaurant located at 3693 Main Street, College Park, Georgia.

15.    Through my agent, I turned the *Lowery* lawsuit over to AmGuard Insurance Company to handle. AmGuard Insurance Company refused to defend and indemnify Shou & Shou, Inc. claiming it was not a named insured, additional insured, or otherwise an insured under the policy.

16.     Because AmGuard denied coverage, Shou & Shou, Inc. was forced to hire its own attorney and defend itself.  We reached a settlement with Plaintiffs in 2020 wherein we agreed to a consent judgment in their favor and an assignment of claims.  A true and accurate copy of the consent judgment is attached hereto as Attachment G.  A true and accurate copy of the assignment is Attachment H.

17.     From September 2013 until AmGuard's denial of coverage in 2019, it was always my belief and understanding that Shou & Shou, Inc. had liability insurance coverage through AmGuard of $1,000,000.00 per occurrence.  Shou & Shou, Inc. paid all of the premiums, and its location at 3693 Main Street, College Park, Georgia was listed as Location 1 on all of the policies. AmGuard hired lawyers to represent Shou & Shou and settled cases brought against it.

18.     From the beginning and with each policy renewal, it was my intent that all of my family's Noodle locations be listed as insureds under the policies issued by AmGuard Insurance Company including Shou & Shou, Inc. which owned and operated the Noodle restaurant at 3693 Main Street, College Park, Georgia. From the time AmGuard began insuring my family's restaurants, Shou & Shou, Inc. should have been listed as the named insured or an additional insured.

FURTHER AFFIANT SAYETH NOT.

This ___15th___ day of May, 2022.

_____
Lena Shou Kuo


SWORN TO and SUBSCRIBED

before me this __15th__ day of __May__ 2022.

_____
Notary Public
My Commission Expires: __02|17|26__

# GUARD00013



**BUSINESSOWNER'S POLICY DECLARATIONS**

**AmGUARD Insurance Company**
**A Stock Company**

Issued: 09/24/2013

Policy No.: NOBP404703

Renewal of: NEW

## POLICY INFORMATION PAGE

**[1]    Named Insured and Mailing Address**
Noodle Inc
3693 Main Street
College Park, GA 30337

**[2]    Agency**
ASH WELBORN INSURANCE
103 Midway Drive
Suite A
Cornelia, GA 30531

**[3]    Policy Period**
From September 21, 2013 to September 21, 2014, 12:01 AM, standard time at the insured's mailing address.

**[4]    Description of Business**
Asian Food

**[5]    Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05).**

**[6]    Premium**
The premium shown below may be subject to adjustment.
Certified Acts of Terrorism
TOTAL POLICY PREMIUM
TOTAL PAYABLE



**[7]    Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



**GUARD**
**INSURANCE**
**GROUP**
*a Berkshire Hathaway company*

**ATTACHMENT "A"**

IIT DS 01 05

16 South River Street • P.O. Box A-H • Wilkes-Barre, PA  18703-0020 • www.guard.com

Page 1 of 8

# GUARD00014

Issued: 09/24/2013

**BUSINESSOWNER'S POLICY DECLARATIONS**

**Policy No.:** NOBP404703

**Effective Date:** 09/21/2013

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
3693 Main Street
College Park, GA 30337
Fulton County

**Property Deductible: $1,000**
**Wind/Hail Deductible: N/A**
**Optional Coverages/Glass Deductible: $500**
**Classification: 09661 - Family-style Restaurants - With sales of alcoholic beverages up to 50% of total sales**

### MANDATORY COVERAGES:

**Building**
   Limit of Insurance  $430,030
   Valuation     Replacement Cost
   Coverage Includes:
      Automatic Increase - Building limit applies up to 2% per year

**Business Personal Property**
   Limit of Insurance   $128,900
   Valuation Replacement Cost
   Coverage Includes:
      Seasonal Increase - Business Personal Property limit applies up to 25%

### OPTIONAL COVERAGES:

**BOP Location Level Information**

| Awnings Coverage | |
|---|---|
| Limit | $2,500 |
| **Building Coverage** | |
| Limit | $430,030 |
| Valuation | Replacement Cost |
| Inflation Guard % | 2 |
| **Business Personal Property Coverage** | |
| Limit | $128,900 |
| Seasonal Increase Percent | 25 |
| **Liability** | |
| Gross Sales at this Location | $350,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |

IIT DS 01 05

# GUARD00015

Issued: 09/24/2013

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.: NOBP404703

**Effective Date:** 09/21/2013

| | |
|---|---|
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |
| **Restaurant Coverage** | |
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law - Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

**LOCATION: 002   BUILDING: 001**
205 E Ponce De Leon Ave
Decatur, GA 30030
Dekalb County

Property Deductible: $1,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 - Family-style Restaurants - With sales of alcoholic beverages up to 50% of total sales

**MANDATORY COVERAGES:**

Business Personal Property
    Limit of Insurance   $257,700
    Valuation Replacement Cost
    Coverage Includes:
      Seasonal Increase - Business Personal Property limit applies up to 25%

**OPTIONAL COVERAGES:**

BOP Location Level Information
Awnings Coverage
    Limit | $2,500
**Business Personal Property Coverage**
    Limit | $257,700
    Seasonal Increase Percent | 25

IIT DS 01 05

**GUARD00016**

BUSINESSOWNER'S POLICY
DECLARATIONS

Issued: 09/24/2013

Policy No.: NOBP404703

Effective Date: 09/21/2013

**Liability**

| | |
|---|---|
| Gross Sales at this Location | |
| Limit | $250,000 |
| **Accounts Receivable** | Included |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | $25,000 |
| Limit | |
| **Equipment Breakdown Coverage (HSB)** | 25%/$10,000 |
| Inspection Contact Name | |
| Phone Number | Lena Shou |
| **Money and Securities** | 404-488-2525 |
| On Premises Limit | |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | $5,000 |
| Limit | |
| **Outdoor Property** | $10,000 |
| Limit | |
| **Outdoor Signs - Optional Coverage** | $10,000 |
| Limit | |
| **Restaurant Coverage** | $5,000 |
| Food contamination Limit | |
| Advertising Expense Limit | $10,000 |
| Spoilage Per Occurrence Limit | $3,000 |
| Brands and Labels | $10,000 |
| Delivery Errors and Omissions | BPP Limit |
| Fine Arts | $10,000 |
| Reward Payment | $25,000 |
| Lock Replacement | $5,000 |
| Merchandise Withdrawal Expenses | $1,000 |
| Ordinance or Law - Equipment Coverage | $25,000 |
| Credit Card Slips | Building/BPP Limit |
| **Valuable Papers and Records** | $10,000 |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | $25,000 |
| Covered Property Limit | |
| Business Income and Extra Expense Limit | $5,000 |
| | $5,000 |

**LOCATION: 003   BUILDING: 001**
903A W Peachtree St
Atlanta, GA 30309
Fulton County

**Property Deductible: $1,000**
**Wind/Hail Deductible: N/A**
**Optional Coverages/Glass Deductible: $500**
**Classification: 09661 - Family-style Restaurants - With sales of alcoholic beverages up to 50% of total sales**

**MANDATORY COVERAGES:**

**Business Personal Property**
    Limit of Insurance   $257,700

IIT DS 01 05

**GUARD00017**

Issued:  09/24/2013

Policy No.:  NOBP404703

**Effective Date:**  09/21/2013

**Valuation Replacement Cost
Coverage Includes:**
 Seasonal Increase - Business Personal Property limit applies up to 25%

**OPTIONAL COVERAGES:**

**BOP Location Level Information**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | |
| **Business Personal Property Coverage** | $2,500 |
| Limit | |
| Seasonal Increase Percent | $257,700 |
| **Liability** | 25 |
| Gross Sales at this Location | |
| Limit | $250,000 |
| **Accounts Receivable** | Included |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | $25,000 |
| Limit | |
| **Equipment Breakdown Coverage (HSB)** | 25%/$10,000 |
| Inspection Contact Name | |
| Phone Number | Lena Shou |
| **Money and Securities** | 404-488-2525 |
| On Premises Limit | |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | $5,000 |
| Limit | |
| **Outdoor Property** | $10,000 |
| Limit | |
| **Outdoor Signs - Optional Coverage** | $10,000 |
| Limit | |
| **Restaurant Coverage** | $5,000 |
| Food contamination Limit | |
| Advertising Expense Limit | $10,000 |
| Spoilage Per Occurrence Limit | $3,000 |
| Brands and Labels | $10,000 |
| Delivery Errors and Omissions | BPP Limit |
| Fine Arts | $10,000 |
| Reward Payment | $25,000 |
| Lock Replacement | $5,000 |
| Merchandise Withdrawal Expenses | $1,000 |
| Ordinance or Law - Equipment Coverage | $25,000 |
| Credit Card Slips | Building/BPP Limit |
| **Valuable Papers and Records** | $10,000 |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | $25,000 |
| Covered Property Limit | |
| Business Income and Extra Expense Limit | $5,000 |
| | $5,000 |

IIT DS 01 05

**GUARD00018**

BUSINESSOWNER'S POLICY
DECLARATIONS

Issued: 09/24/2013

Policy No.: NOBP404703

Effective Date: 09/21/2013

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

IIT DS 01 05

# GUARD00019

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/24/2013

**Policy No.:** NOBP404703

**Effective Date:** 09/21/2013

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Appurtenant Structures**
Limit — $50,000 combined Building/BPP

**Business Income & Extra Expense**
Limit — ALS UP TO 12 MONTHS

**Damage To Premises Rented To You**
Limit — $50,000

**Electronic Data**
Limit — $10,000

**Employee Dishonesty**
Limit — $10,000

**Fire Department Service Charge**
Limit — $25,000

**Fire Extinguisher Systems Recharge Expense**
Limit — $5,000

**Forgery or Alteration**
Limit — $10,000

**Fungi, Wet Rot, Dry Rot & Bacteria (Mold)**
Property Limit — $15,000
Business Income/EE Number of Days — 30
Fungi or Bacteria Property Damage Aggregate Limit — $50,000

**Glass Expense**
Limit — Actual Loss Sustained

**Interruption of Computer Operations**
Limit — $10,000

**Liquor Liability**
Liquor Liability Option — Liquor Liability Coverage
Common Cause Limit — $1,000,000
Aggregate Limit — $2,000,000
Gross Annual Liquor Receipts — $100,000

**Loss by Theft of furs, fur garments, garments trimmed with fur**
Limit — $2,500

**Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals**
Limit — $5,000

**Loss by Theft of patterns, dies, molds and forms**
Limit — $2,500

**Money Orders and "Counterfeit Money"**
Limit — $1,000

**Newly Acquired Or Constructed Property - Buildings**
Limit — 25% of Building Limit/Not more than $500,000/Bldg

**Newly Acquired Or Constructed Property - Business Personal Property**
Limit — $250,000

**Personal Effects**
Limit — $5,000

**Personal Property Off Premises**
Limit — $10,000

**Pollutant Clean Up and Removal**
Limit — $10,000

**Preservation of Property**
Limit — Within 30 Days

**Terrorism**

IIT DS 01 05

**GUARD00020**

Issued:  09/24/2013

Policy No.:  NOBP404703

Effective Date:   09/21/2013

Certified Acts

Include Coverage

IIT DS 01 05

**GUARD00100**



**BUSINESSOWNER'S POLICY DECLARATIONS**

**AmGUARD Insurance Company**
**A Stock Company**

Issued: 09/16/2014

Policy No.: NOBP506733

Renewal of: NOBP404703

## POLICY INFORMATION PAGE

**[1]**   **Named Insured and Mailing Address**
Noodle Inc
3693 Main Street
College Park, GA 30337

**[2]**   **Agency**
ASH WELBORN INSURANCE
103 Midway Drive
Suite A
Cornelia, GA 30531

**[3]**   **Policy Period**
From September 21, 2014 to September 21, 2015, 12:01 AM, standard time at the insured's mailing address.

**[4]**   **Description of Business**
Full-Service Restaurants

**[5]**   **Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6]**   **Premium**
The premium shown below may be subject to adjustment.
Certified Acts of Terrorism
TOTAL POLICY PREMIUM
TOTAL PAYABLE



**[7]**   **Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



**GUARD INSURANCE GROUP**
a Berkshire Hathaway company

**ATTACHMENT "B"**

IIT DS 01 05        16 South River Street • P.O. Box A-H • Wilkes-Barre, PA 18703-0020 • www.guard.com        Page 1 of 8

# GUARD00101

**Issued:** 09/16/2014

**BUSINESSOWNER'S POLICY DECLARATIONS**

**Policy No.:** NOBP506733

**Effective Date:** 09/21/2014

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
3693 Main Street
College Park, GA 30337
Fulton County

Property Deductible: $1,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 - Family-style Restaurants - With sales of alcoholic beverages up to 50% of total sales

### MANDATORY COVERAGES:

**Building**
　　Limit of Insurance  $438,631
　　Valuation    Replacement Cost
　　Coverage Includes:
　　　Automatic Increase - Building limit applies up to 2% per year

**Business Personal Property**
　　Limit of Insurance   $128,900
　　Valuation Replacement Cost
　　Coverage Includes:
　　　Seasonal Increase - Business Personal Property limit applies up to 25%

### OPTIONAL COVERAGES:

**BOP Location Level Information**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Building Coverage** | |
| Limit | $438,631 |
| Valuation | Replacement Cost |
| Inflation Guard % | 2 |
| **Business Personal Property Coverage** | |
| Limit | $128,900 |
| Seasonal Increase Percent | 25 |
| **Liability** | |
| Gross Sales at this Location | $350,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |

IIT DS 01 05

# GUARD00102

GUARD00102

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/16/2014

Policy No.: NOBP506733

Effective Date: 09/21/2014

| | |
|---|---|
| On Premises Limit | |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | $5,000 |
| Limit | |
| **Outdoor Property** | $10,000 |
| Limit | |
| **Outdoor Signs - Optional Coverage** | $10,000 |
| Limit | |
| **Restaurant Coverage** | $5,000 |
| Food contamination Limit | |
| Advertising Expense Limit | $10,000 |
| Spoilage Per Occurrence Limit | $3,000 |
| Brands and Labels | $10,000 |
| Delivery Errors and Omissions | BPP Limit |
| Fine Arts | $10,000 |
| Reward Payment | $25,000 |
| Lock Replacement | $5,000 |
| Merchandise Withdrawal Expenses | $1,000 |
| Ordinance or Law - Equipment Coverage | $25,000 |
| Credit Card Slips | Building/BPP Limit |
| **Valuable Papers and Records** | $10,000 |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | $25,000 |
| Covered Property Limit | |
| Business Income and Extra Expense Limit | $5,000 |
| | $5,000 |

**LOCATION: 002   BUILDING: 001**
205 E Ponce De Leon Ave
Decatur, GA 30030
Dekalb County

**Property Deductible: $1,000**
**Wind/Hail Deductible: N/A**
**Optional Coverages/Glass Deductible: $500**
**Classification: 09661 - Family-style Restaurants - With sales of alcoholic beverages up to 50% of total sales**

**MANDATORY COVERAGES:**

**Business Personal Property**
  **Limit of Insurance   $257,700**
  **Valuation Replacement Cost**
  **Coverage Includes:**
    **Seasonal Increase - Business Personal Property limit applies up to 25%**

**OPTIONAL COVERAGES:**

**BOP Location Level Information**
**Awnings Coverage**
| | |
|---|---|
| Limit | $2,500 |
| **Business Personal Property Coverage** | |
| Limit | $257,700 |
| Seasonal Increase Percent | 25 |

IIT DS 01 05

## GUARD00103

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/16/2014

Policy No.: NOBP506733

**Effective Date:** 09/21/2014

| Liability | |
|---|---|
| Gross Sales at this Location | |
| Limit | $250,000 |
| **Accounts Receivable** | Included |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | $25,000 |
| Limit | |
| **Equipment Breakdown Coverage (HSB)** | 25%/$10,000 |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |
| On Premises Limit | |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | $5,000 |
| Limit | |
| **Outdoor Property** | $10,000 |
| Limit | |
| **Outdoor Signs - Optional Coverage** | $10,000 |
| Limit | |
| **Restaurant Coverage** | $5,000 |
| Food contamination Limit | |
| Advertising Expense Limit | $10,000 |
| Spoilage Per Occurrence Limit | $3,000 |
| Brands and Labels | $10,000 |
| Delivery Errors and Omissions | BPP Limit |
| Fine Arts | $10,000 |
| Reward Payment | $25,000 |
| Lock Replacement | $5,000 |
| Merchandise Withdrawal Expenses | $1,000 |
| Ordinance or Law - Equipment Coverage | $25,000 |
| Credit Card Slips | Building/BPP Limit |
| **Valuable Papers and Records** | $10,000 |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | $25,000 |
| Covered Property Limit | |
| Business Income and Extra Expense Limit | $5,000 |
| | $5,000 |

**LOCATION: 003   BUILDING: 001**
903A W Peachtree St
Atlanta, GA 30309
Fulton County

**Property Deductible: $1,000**
**Wind/Hail Deductible: N/A**
**Optional Coverages/Glass Deductible: $500**
**Classification: 09661 - Family-style Restaurants - With sales of alcoholic beverages up to 50% of total sales**

**MANDATORY COVERAGES:**

**Business Personal Property**
   Limit of Insurance   **$257,700**

IIT DS 01 05

**GUARD00104**

Issued: 09/16/2014

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.: NOBP506733

Effective Date: 09/21/2014

**Valuation Replacement Cost**
**Coverage Includes:**
**Seasonal Increase - Business Personal Property limit applies up to 25%**

**OPTIONAL COVERAGES:**

**BOP Location Level Information**
**Awnings Coverage**

| | |
|---|---|
| Limit | |
| **Business Personal Property Coverage** | $2,500 |
| Limit | |
| Seasonal Increase Percent | $257,700 |
| **Liability** | 25 |
| Gross Sales at this Location | |
| Limit | $250,000 |
| **Accounts Receivable** | Included |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | $25,000 |
| Limit | |
| **Equipment Breakdown Coverage (HSB)** | 25%/$10,000 |
| Inspection Contact Name | |
| Phone Number | Lena Shou |
| **Money and Securities** | 404-488-2525 |
| On Premises Limit | |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | $5,000 |
| Limit | |
| **Outdoor Property** | $10,000 |
| Limit | |
| **Outdoor Signs - Optional Coverage** | $10,000 |
| Limit | |
| **Restaurant Coverage** | $5,000 |
| Food contamination Limit | |
| Advertising Expense Limit | $10,000 |
| Spoilage Per Occurrence Limit | $3,000 |
| Brands and Labels | $10,000 |
| Delivery Errors and Omissions | BPP Limit |
| Fine Arts | $10,000 |
| Reward Payment | $25,000 |
| Lock Replacement | $5,000 |
| Merchandise Withdrawal Expenses | $1,000 |
| Ordinance or Law - Equipment Coverage | $25,000 |
| Credit Card Slips | Building/BPP Limit |
| **Valuable Papers and Records** | $10,000 |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | $25,000 |
| Covered Property Limit | |
| Business Income and Extra Expense Limit | $5,000 |
| | $5,000 |

**GUARD00105**

Issued: 09/16/2014

Policy No.: NOBP506733

Effective Date:  09/21/2014

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

IIT DS 01 05

**GUARD00106**

BUSINESSOWNER'S POLICY
DECLARATIONS

Issued:  09/16/2014

Policy No.:  NOBP506733

Effective Date:  09/21/2014

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Appurtenant Structures**
Limit

**Business Income & Extra Expense**    $50,000 combined Building/BPP
Limit

**Damage To Premises Rented To You**    ALS UP TO 12 MONTHS
Limit

**Electronic Data**    $50,000
Limit

**Employee Dishonesty**    $10,000
Limit

**Fire Department Service Charge**    $10,000
Limit

**Fire Extinguisher Systems Recharge Expense**    $25,000
Limit

**Forgery or Alteration**    $5,000
Limit

**Fungi, Wet Rot, Dry Rot & Bacteria (Mold)**    $10,000
Property Limit    $15,000
Business Income/EE Number of Days    30
Fungi or Bacteria Property Damage Aggregate Limit    $50,000

**Glass Expense**    Actual Loss Sustained
Limit

**Interruption of Computer Operations**    $10,000
Limit

**Liquor Liability**
Liquor Liability Option    Liquor Liability Coverage
Common Cause Limit    $1,000,000
Aggregate Limit    $2,000,000
Gross Annual Liquor Receipts    $100,000

**Loss by Theft of furs, fur garments, garments trimmed with fur**    $2,500
Limit

**Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals**    $5,000
Limit

**Loss by Theft of patterns, dies, molds and forms**    $2,500
Limit

**Money Orders and "Counterfeit Money"**    $1,000
Limit

**Newly Acquired Or Constructed Property - Buildings**    25% of Building Limit/Not more than $500,000/Bldg
Limit

**Newly Acquired Or Constructed Property - Business Personal Property**    $250,000
Limit

**Personal Effects**    $5,000
Limit

**Personal Property Off Premises**    $10,000
Limit

**Pollutant Clean Up and Removal**    $10,000
Limit

**Preservation of Property**    Within 30 Days
Limit

**Terrorism**

IIT DS 01 05

**GUARD00107**

GUARD00107

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/16/2014

**Policy No.:** NOBP506733

**Effective Date:** 09/21/2014

Certified Acts                                    Include Coverage

IIT DS 01 05

**GUARD00166**



**BUSINESSOWNER'S POLICY DECLARATIONS**

**AmGUARD Insurance Company**
**A Stock Company**

Issued: 09/22/2015

Policy No.: NOBP610038

Renewal of: NOBP506733

## POLICY INFORMATION PAGE

**[1]** **Named Insured and Mailing Address**
Noodle Inc
3693 Main Street
College Park, GA 30337

**[2]** **Agency**
ASH WELBORN INSURANCE
103 Midway Drive
Suite A
Cornelia, GA 30531

**[3]** **Policy Period**
From September 21, 2015 to September 21, 2016, 12:01 AM, standard time at the insured's mailing address.

**[4]** **Description of Business**
Full-Service Restaurants

**[5]** **Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6]** **Premium**
The premium shown below may be subject to adjustment.
Certified Acts of Terrorism
TOTAL POLICY PREMIUM
TOTAL PAYABLE



**[7]** **Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



**ATTACHMENT "C"**

IIT DS 01 05        16 South River Street • P.O. Box A-H • Wilkes-Barre, PA 18703-0020 • www.guard.com        Page 1 of 7

# GUARD00167

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/22/2015

Policy No.: NOBP610038

Effective Date: 09/21/2015

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
3693 Main Street
College Park, GA 30337
Fulton County

Property Deductible: $1,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales

### MANDATORY COVERAGES:

**Building**
    Limit of Insurance  $447,404
    Valuation    Replacement Cost
    Coverage Includes:
        Automatic Increase - Building limit applies up to 2% per year

**Business Personal Property**
    Limit of Insurance    $128,900
    Valuation Replacement Cost
    Coverage Includes:
        Seasonal Increase - Business Personal Property limit applies up to 25%

### OPTIONAL COVERAGES:

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Building Coverage** | |
| Limit | $447,404 |
| Valuation | Replacement Cost |
| Inflation Guard % | 2 |
| **Business Personal Property Coverage** | |
| Limit | $128,900 |
| Seasonal Increase Percent | 25 |
| **Liability** | |
| Gross Sales at this Location | $350,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |

IIT DS 01 05

**GUARD00168**

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/22/2015

Policy No.: NOBP610038

**Effective Date:** 09/21/2015

| | |
|---|---|
| Inspection Contact Name | |
| Phone Number | Lena Shou |
| **Money and Securities** | 404-488-2525 |
| On Premises Limit | |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | $5,000 |
| Limit | |
| **Outdoor Property** | $10,000 |
| Limit | |
| **Outdoor Signs - Optional Coverage** | $10,000 |
| Limit | |
| **Restaurant Coverage** | $5,000 |
| Food contamination Limit | |
| Advertising Expense Limit | $10,000 |
| Spoilage Per Occurrence Limit | $3,000 |
| Brands and Labels | $10,000 |
| Delivery Errors and Omissions | BPP Limit |
| Fine Arts | $10,000 |
| Reward Payment | $25,000 |
| Lock Replacement | $5,000 |
| Merchandise Withdrawal Expenses | $1,000 |
| Ordinance or Law - Equipment Coverage | $25,000 |
| Credit Card Slips | Building/BPP Limit |
| **Valuable Papers and Records** | $10,000 |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | $25,000 |
| Covered Property Limit | |
| Business Income and Extra Expense Limit | $5,000 |
| | $5,000 |

**LOCATION: 002   BUILDING: 001**
903A W Peachtree St
Atlanta, GA 30309
Fulton County

Property Deductible: $1,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales

**MANDATORY COVERAGES:**

Business Personal Property
   Limit of Insurance   $257,700
   Valuation Replacement Cost
   Coverage Includes:
      Seasonal Increase - Business Personal Property limit applies up to 25%

**OPTIONAL COVERAGES:**

Awnings Coverage
   Limit
**Business Personal Property Coverage**

$2,500

IIT DS 01 05

**GUARD00169**

Issued: 09/22/2015

Policy No.: NOBP610038

**Effective Date:** 09/21/2015

| | |
|---|---|
| Limit | $257,700 |
| Seasonal Increase Percent | 25 |
| **Liability** | |
| Gross Sales at this Location | $250,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |
| **Restaurant Coverage** | |
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law - Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

# GUARD00170

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued:  09/22/2015

Policy No.:  NOBP610038

Effective Date:  09/21/2015

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
| --- | --- |
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

IIT DS 01 05

# GUARD00171

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/22/2015

Policy No.: NOBP610038

Effective Date: 09/21/2015

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

| Coverage | Limit |
|---|---|
| **Appurtenant Structures** | |
| Limit | |
| **Business Income & Extra Expense** | $50,000 combined Building/BPP |
| Limit | |
| **Damage To Premises Rented To You** | ALS UP TO 12 MONTHS |
| Limit | |
| **Electronic Data** | $50,000 |
| Limit | |
| **Employee Dishonesty** | $10,000 |
| Limit | |
| **Fire Department Service Charge** | $10,000 |
| Limit | |
| **Fire Extinguisher Systems Recharge Expense** | $25,000 |
| Limit | |
| **Forgery or Alteration** | $5,000 |
| Limit | |
| **Fungi, Wet Rot, Dry Rot & Bacteria (Mold)** | $10,000 |
| Property Limit | $15,000 |
| Business Income/EE Number of Days | 30 |
| Fungi or Bacteria Property Damage Aggregate Limit | $50,000 |
| **Glass Expense** | |
| Limit | |
| **Interruption of Computer Operations** | Actual Loss Sustained |
| Limit | |
| **Liquor Liability** | $10,000 |
| Liquor Liability Option | |
| Common Cause Limit | Liquor Liability Coverage |
| | $1,000,000 |
| Aggregate Limit | $2,000,000 |
| Gross Annual Liquor Receipts | $100,000 |
| **Loss by Theft of furs, fur garments, garments trimmed with fur** | |
| Limit | $2,500 |
| **Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals** | |
| Limit | $5,000 |
| **Loss by Theft of patterns, dies, molds and forms** | |
| Limit | $2,500 |
| **Money Orders and "Counterfeit Money"** | |
| Limit | $1,000 |
| **Newly Acquired Or Constructed Property - Buildings** | |
| Limit | 25% of Building Limit/Not more than $500,000/Bldg |
| **Newly Acquired Or Constructed Property - Business Personal Property** | |
| Limit | $250,000 |
| **Personal Effects** | |
| Limit | $5,000 |
| **Personal Property Off Premises** | |
| Limit | $10,000 |
| **Pollutant Clean Up and Removal** | |
| Limit | $10,000 |
| **Preservation of Property** | |
| Limit | Within 30 Days |
| **Terrorism** | |

IIT DS 01 05

## GUARD00172

Issued: 09/22/2015

**BUSINESSOWNER'S POLICY DECLARATIONS**

**Policy No.:** NOBP610038

**Effective Date:** 09/21/2015

Certified Acts

Include Coverage

IIT DS 01 05

**GUARD00293**



**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/14/2016

**AmGUARD Insurance Company**
**A Stock Company**

Policy No.:
NOBP749206

**Renewal of:** NOBP610038

## POLICY INFORMATION PAGE

**[1]    Named Insured and Mailing Address**
Noodle Inc
3693 Main Street
College Park, GA 30337

**[2]    Agency**
ASH WELBORN INSURANCE
103 Midway Drive
Suite A
Cornelia, GA 30531

**[3]    Policy Period**
From September 21, 2016 to September 21, 2017, 12:01 AM, standard time at the insured's mailing address.

**[4]    Description of Business**
Full-Service Restaurants

**[5]    Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6]    Premium**
The premium shown below may be subject to adjustment.
Certified Acts of Terrorism
TOTAL POLICY PREMIUM
TOTAL PAYABLE



**[7]    Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



**ATTACHMENT "D"**

**GUARD00294**

Issued: 09/14/2016

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.: NOBP749206

Effective Date: 09/21/2016

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
3693 Main Street
College Park, GA 30337
Fulton County

Property Deductible: $1,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales

**COVERAGES:**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Building Coverage** | |
| Limit | $456,352 |
| Valuation | Replacement Cost |
| Inflation Guard % | 2 |
| **Business Personal Property Coverage** | |
| Limit | $128,900 |
| Seasonal Increase Percent | 25 |
| **Liability** | |
| Gross Sales at this Location | $350,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |
| **Restaurant Coverage** | |
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |

IIT DS 01 05

Page 2 of 7

**GUARD00295**

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 09/14/2016

Policy No.: NOBP749206

Effective Date: 09/21/2016

| | |
|---|---|
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law – Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

**LOCATION: 002   BUILDING: 001**
903A W Peachtree St
Atlanta, GA 30309
Fulton County

Property Deductible: $1,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 – Family-style Restaurant – Sales of Alcoholic Beverages up to 50% of Total Sales

**COVERAGES:**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Business Personal Property Coverage** | |
| Limit | $257,700 |
| Seasonal Increase Percent | 25 |
| **Liability** | |
| Gross Sales at this Location | $250,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law – Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs – Optional Coverage** | |
| Limit | $5,000 |

IIT DS 01 05

Page 3 of 7

**GUARD00296**

Issued: 09/14/2016

Policy No.:  NOBP749206

Effective Date:  09/21/2016

**Restaurant Coverage**

| | |
|---|---|
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law - Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |

**Valuable Papers and Records**

| | |
|---|---|
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |

**Water Back-up and Sump Overflow**

| | |
|---|---|
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

IIT DS 01 05

GUARD00297

Issued: 09/14/2016

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.:  NOBP749206

**Effective Date:**  09/21/2016

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

**GUARD00298**

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued:  09/14/2016

Policy No.:  NOBP749206

**Effective Date:**  09/21/2016

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Appurtenant Structures**
　　Limit

**Business Income & Extra Expense**　　　$50,000 combined Building/BPP
　　Limit

**Damage To Premises Rented To You**　　Actual Loss Sustained up to 12 Months
　　Limit

**Electronic Data**　　　$50,000
　　Limit

**Employee Dishonesty**　　$10,000
　　Limit

**Fire Department Service Charge**　　$10,000
　　Limit

**Fire Extinguisher Systems Recharge Expense**　　$25,000
　　Limit

**Forgery or Alteration**　　$5,000
　　Limit

**Fungi, Wet Rot, Dry Rot & Bacteria (Mold)**　　$10,000
　　Property Limit

　Business Income/EE Number of Days　　$15,000
　　　　30

　Fungi or Bacteria Property Damage Aggregate Limit　　$50,000

**Glass Expense**　　Actual Loss Sustained
　　Limit

**Interruption of Computer Operations**　　$10,000
　　Limit

**Liquor Liability**
　Liquor Liability Option　　Liquor Liability Coverage
　　Common Cause Limit　　$1,000,000
　　Aggregate Limit　　$2,000,000
　　Gross Annual Liquor Receipts　　$100,000

**Loss by Theft of furs, fur garments, garments trimmed with fur**　　$2,500
　　Limit

**Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals**　　$5,000
　　Limit

**Loss by Theft of patterns, dies, molds and forms**　　$2,500
　　Limit

**Money Orders and "Counterfeit Money"**　　$1,000
　　Limit

**Newly Acquired Or Constructed Property - Buildings**　　25% of Building Limit/Not more than $500,000/Bldg
　　Limit

**Newly Acquired Or Constructed Property - Business Personal Property**　　$250,000
　　Limit

**Personal Effects**　　$5,000
　　Limit

**Personal Property Off Premises**　　$10,000
　　Limit

**Pollutant Clean Up and Removal**　　$10,000
　　Limit

**Preservation of Property**　　Within 30 Days
　　Limit

**Terrorism**

IIT DS 01 05

# GUARD00299

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 09/14/2016

**Policy No.:** NOBP749206

**Effective Date:** 09/21/2016

Certified Acts

Include Coverage

IIT DS 01 05

**GUARD00372**



**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 08/17/2017

**AmGUARD Insurance Company**
**A Stock Company**

Policy No.:
NOBP827149

Renewal of: NOBP749206

## POLICY INFORMATION PAGE

**[1]    Named Insured and Mailing Address**
Noodle Inc
3693 Main Street
College Park, GA 30337

**[2]    Agency**
ASH WELBORN INSURANCE
103 Midway Drive
Suite A
Cornelia, GA 30531

**[3]    Policy Period**
From September 21, 2017 to September 21, 2018, 12:01 AM, standard time at the insured's mailing address.

**[4]    Description of Business**
Full-Service Restaurants

**[5]    Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05).**

**[6]    Premium**
The premium shown below may be subject to adjustment.
Certified Acts of Terrorism
TOTAL POLICY PREMIUM
TOTAL PAYABLE



**[7]    Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.


**ATTACHMENT "E"**

IIT DS 01 05

## GUARD00373

Issued: 08/17/2017

**BUSINESSOWNER'S POLICY DECLARATIONS**

**Policy No.:** NOBP827149

**Effective Date:** 09/21/2017

### SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
**3693 Main Street**
**College Park, GA 30337**
**Fulton County**

**Property Deductible: $1,000**
**Optional Coverages/Glass Deductible: $500**
**Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales**

**COVERAGES:**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Building Coverage** | |
| Limit | $465,479 |
| Valuation | Replacement Cost |
| Inflation Guard % | 2 |
| **Business Personal Property Coverage** | |
| Limit | $128,900 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |
| **Liability** | |
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $350,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |

**GUARD00374**

Issued: 08/17/2017

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.: NOBP827149

**Effective Date:** 09/21/2017

### Restaurant Coverage

| | |
|---|---|
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law – Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |

### Valuable Papers and Records

| | |
|---|---|
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |

### Water Back-up and Sump Overflow

| | |
|---|---|
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

---

**LOCATION: 002   BUILDING: 001**
903A W Peachtree St
Atlanta, GA 30309
Fulton County

Property Deductible: **$1,000**
Optional Coverages/Glass Deductible: **$500**
Classification: **09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales**

### COVERAGES:

**Awnings Coverage**

| | |
|---|---|
| Limit | $2,500 |

**Business Personal Property Coverage**

| | |
|---|---|
| Limit | $257,700 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |

**Liability**

| | |
|---|---|
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $250,000 |
| Limit | Included |

**Accounts Receivable**

| | |
|---|---|
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |

**Debris Removal**

| | |
|---|---|
| Limit | 25%/$10,000 |

**Equipment Breakdown Coverage (HSB)**

| | |
|---|---|
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |

**Money and Securities**

| | |
|---|---|
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |

IIT DS 01 05

Page 3 of 7

# GUARD00375

Issued: 08/17/2017

Policy No.: NOBP827149

**Effective Date:** 09/21/2017

| | |
|---|---|
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | |
| **Outdoor Property** | $10,000 |
| Limit | |
| **Outdoor Signs - Optional Coverage** | $10,000 |
| Limit | |
| **Restaurant Coverage** | $5,000 |
| Food contamination Limit | |
| Advertising Expense Limit | $10,000 |
| Spoilage Per Occurrence Limit | $3,000 |
| Brands and Labels | $10,000 |
| Delivery Errors and Omissions | BPP Limit |
| Fine Arts | $10,000 |
| Reward Payment | $25,000 |
| Lock Replacement | $5,000 |
| Merchandise Withdrawal Expenses | $1,000 |
| Ordinance or Law - Equipment Coverage | $25,000 |
| Credit Card Slips | Building/BPP Limit |
| **Valuable Papers and Records** | $10,000 |
| On-Premises Limit | |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | $25,000 |
| Covered Property Limit | |
| Business Income and Extra Expense Limit | $5,000 |
| | $5,000 |

**GUARD00376**

BUSINESSOWNER'S POLICY
DECLARATIONS

Issued: 08/17/2017

Policy No.:  NOBP827149

Effective Date:  09/21/2017

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
| --- | --- |
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

IIT DS 01 05

# GUARD00377

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 08/17/2017

Policy No.: NOBP827149

Effective Date: 09/21/2017

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

| Coverage | Limit |
|---|---|
| **Appurtenant Structures** | |
| Limit | |
| **Business Income & Extra Expense** | $50,000 combined Building/BPP |
| Limit | |
| **Damage To Premises Rented To You** | Actual Loss Sustained up to 12 Months |
| Limit | |
| **Electronic Data** | $50,000 |
| Limit | |
| **Employee Dishonesty** | $10,000 |
| Limit | |
| **Fire Department Service Charge** | $10,000 |
| Limit | |
| **Fire Extinguisher Systems Recharge Expense** | $25,000 |
| Limit | |
| **Forgery or Alteration** | $5,000 |
| Limit | |
| **Fungi, Wet Rot, Dry Rot & Bacteria (Mold)** | $10,000 |
| Property Limit | |
| Business Income/EE Number of Days | $15,000 |
| Fungi or Bacteria Property Damage Aggregate Limit | 30 |
| **Glass Expense** | $50,000 |
| Limit | |
| **Interruption of Computer Operations** | Actual Loss Sustained |
| Limit | |
| **Liquor Liability** | $10,000 |
| Liquor Liability Option | |
| Common Cause Limit | Liquor Liability Coverage |
| Aggregate Limit | $1,000,000 |
| Gross Annual Liquor Receipts | $2,000,000 |
| **Loss by Theft of furs, fur garments, garments trimmed with fur** | $100,000 |
| Limit | |
| **Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals** | $2,500 |
| Limit | |
| **Loss by Theft of patterns, dies, molds and forms** | $5,000 |
| Limit | |
| **Money Orders and "Counterfeit Money"** | $2,500 |
| Limit | |
| **Newly Acquired Or Constructed Property - Buildings** | $1,000 |
| Limit | |
| | 25% of Building Limit/Not more than $500,000/Bldg |
| **Newly Acquired Or Constructed Property - Business Personal Property** | |
| Limit | $250,000 |
| **Personal Effects** | |
| Limit | $5,000 |
| **Personal Property Off Premises** | |
| Limit | $10,000 |
| **Pollutant Clean Up and Removal** | |
| Limit | $10,000 |
| **Preservation of Property** | |
| Limit | Within 30 Days |
| **Terrorism** | |

IIT DS 01 05

**GUARD00378**

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 08/17/2017

Policy No.: NOBP827149

Effective Date: 09/21/2017

Certified Acts

Include Coverage

IIT DS 01 05

**GUARD00433**



**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 08/17/2018

**AmGUARD Insurance Company
A Stock Company**

Policy No.:
NOBP929994

Renewal of: NOBP827149

## POLICY INFORMATION PAGE

**[1]   Named Insured and Mailing Address**
Noodle Inc
3693 Main Street
College Park, GA 30337

**[2]   Agency**
ASH WELBORN INSURANCE
103 Midway Drive
Suite A
Cornelia, GA 30531

**[3]   Policy Period**
From September 21, 2018 to September 21, 2019, 12:01 AM, standard time at the insured's mailing address.

**[4]   Description of Business**
Full-Service Restaurants

**[5]   Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6]   Premium**
The premium shown below may be subject to adjustment.
Certified Acts of Terrorism
TOTAL POLICY PREMIUM
TOTAL PAYABLE



**[7]   Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.

   **ATTACHMENT "F"**

# GUARD00434

Issued: 08/17/2018

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.: NOBP929994

Effective Date: 09/21/2018

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
3693 Main Street
College Park, GA 30337
Fulton County

**Property Deductible: $1,000**
**Optional Coverages/Glass Deductible: $500**
**Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales**

**COVERAGES:**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Building Coverage** | |
| Limit | $474,789 |
| Valuation | Replacement Cost |
| Inflation Guard % | 2 |
| Exclude From Blanket? | No |
| **Business Personal Property Coverage** | |
| Limit | $128,900 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |
| **Liability** | |
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $350,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Lena Shou |
| Phone Number | 404-488-2525 |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |

IIT DS 01 05

**GUARD00435**

Issued: 08/17/2018

Policy No.: NOBP929994

**Effective Date:** 09/21/2018

| | Limit |
|---|---|
| Limit | $5,000 |
| **Restaurant Coverage** | |
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law - Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

IIT DS 01 05

**GUARD00436**

Issued: 08/17/2018

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.:  NOBP929994

Effective Date:  09/21/2018

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Personal & Advertising Injury | Included |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

IIT DS 01 05

**GUARD00437**

BUSINESSOWNER'S POLICY
DECLARATIONS

Issued: 08/17/2018

Policy No.: NOBP929994

Effective Date: 09/21/2018

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Appurtenant Structures**
Limit

**Business Income & Extra Expense** — $50,000 combined Building/BPP
Limit

**Damage To Premises Rented To You** — Actual Loss Sustained up to 12 Months
Limit

**Electronic Data** — $50,000
Limit

**Employee Dishonesty** — $10,000
Limit

**Fire Department Service Charge** — $10,000
Limit

**Fire Extinguisher Systems Recharge Expense** — $25,000
Limit

**Forgery or Alteration** — $5,000
Limit

**Fungi, Wet Rot, Dry Rot & Bacteria (Mold)** — $10,000
Property Limit

Business Income/EE Number of Days — $15,000 / 30

Fungi or Bacteria Property Damage Aggregate Limit — $50,000

**Glass Expense** — Actual Loss Sustained
Limit

**Interruption of Computer Operations** — $10,000
Limit

**Liquor Liability**
Liquor Liability Option — Liquor Liability Coverage
Common Cause Limit — $1,000,000
Aggregate Limit — $2,000,000
Gross Annual Liquor Receipts — $100,000
IMPORTANT NOTE — THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT

**Loss by Theft of furs, fur garments, garments trimmed with fur** — $2,500
Limit

**Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals** — $5,000
Limit

**Loss by Theft of patterns, dies, molds and forms** — $2,500
Limit

**Money Orders and "Counterfeit Money"** — $1,000
Limit

**Newly Acquired Or Constructed Property - Buildings** — 25% of Building Limit/Not more than $500,000/Bldg
Limit

**Newly Acquired Or Constructed Property - Business Personal Property** — $250,000
Limit

**Personal Effects** — $5,000
Limit

**Personal Property Off Premises** — $10,000
Limit

**Pollutant Clean Up and Removal** — $10,000
Limit

IIT DS 01 05

**GUARD00438**

Issued: 08/17/2018

**BUSINESSOWNER'S POLICY DECLARATIONS**

Policy No.: NOBP929994

**Effective Date:** 09/21/2018

**Preservation of Property**
Limit
**Terrorism**                                          Within 30 Days
Certified Acts
Include Coverage

IIT DS 01 05

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEE JIN LOWERY and JOHN LOWERY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| NOODLE LIFE, INC., | ) |
| SHOU & SHOU, INC., | ) |
| | ) |
| Defendants | ) |

CIVIL ACTION FILE NO.:

19A75644

## CONSENT JUDGMENT AS TO SHOU & SHOU, INC.

WHEREAS, Plaintiffs and Defendant Shou & Shou, Inc. agree to a consent judgment in the amount of $900,000.00 in favor of Plaintiff Hee Jin Lowery against Defendant Shou & Shou, Inc. and $100,000.00 in favor of Plaintiff John Lowery against Defendant Shou & Shou, Inc.; and

WHEREAS, as consideration for this consent judgment, Plaintiffs have agreed not to satisfy or attempt to satisfy any amounts owed under this judgment against the personal assets of Defendant Shou & Shou, Inc., and to only satisfy this judgment to the extent that the defendant's insurer and/or insurance broker can be held responsible for the judgment; and

WHEREAS, in further consideration of this consent judgment, Defendant Shou & Shou, Inc. has agreed to assign any claims it has against his/her insurer AmGUARD Insurance Company and any other insurance company and its insurance broker, to Plaintiffs; and

WHEREAS, this consent judgment represents a compromise settlement of Plaintiffs' claims against Shou & Shou, Inc. to avoid the uncertainties of trial and does not fully and completely compensate Plaintiffs for all economic and non-economic damages.

**ATTACHMENT G**

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of plaintiff Hee Jin Lowery against Defendant Shou & Shou, Inc. in the amount of $900,000.00 with post-judgment interest as allowed by law, that judgment be entered in favor of plaintiff John Lowery against Defendant Shou & Shou, Inc. in the amount of $100,000.00 with post-judgment interest as allowed by law, and that Defendant Shou & Shou, Inc. execute an assignment to the Plaintiffs of its claims against its insurer, AmGUARD Insurance Company, and any other insurance company and against its insurance broker in order for Plaintiffs to pursue collection of this judgment.

FURTHER, pursuant to O.C.G.A. § 9-11-54(b), the Court finds no just reason for delay and expressly directs entry of _final_ judgment as set forth above in favor of Plaintiffs Hee Jin Lowery and John Lowery. Plaintiffs' action against Defendant Noodle Life, Inc. will remain pending and proceed to trial.

SO ORDERED this **6th** day of **July**, 2020.

_____
HONORABLE KIMBERLY ANDERSON
Judge, State Court of DeKalb County

CONSENTED TO:

DAVID P. DEKLE, P.C.

_____
David P. Dekle
Georgia Bar No. 216590
3506 Professional Circle
Suite A
Augusta, Georgia 30907

LAW OFFICE OF IVAN GUSTAFSON

_____
Ivan A. Gustafson
Georgia Bar No. 001630
69 Lawrenceville St.
McDonough, GA 30253
Telephone:   (770) 626-1626

STATE COURT OF
DEKALB COUNTY, GA.
7/7/2020 11:31 AM
E-FILED
BY: Michelle Cheek

Telephone:    (706) 922-7460
Facsimile:    (706) 243-4656

THE LAW OFFICE OF ANDREW
HOLLIDAY

Andrew W. Holliday
Georgia Bar No. 74692
11175 Cicero Drive
Suite 100
Alpharetta, Georgia 30022
Telephone:    (678) 646-6711
Facsimile:    (678) 802-2129

*Attorneys for Plaintiffs*

Facsimile:    (770) 212-2345

*Attorney for Defendants*
*Shou & Shou, Inc.*

## ASSIGNMENT AND COVENANT NOT TO SEEK COMPENSATION
## DIRECTLY FROM SHOU & SHOU, INC.

For and in consideration of the sum of one dollar and other good and valuable consideration, the acceptance of which is hereby acknowledged, Shou & Shou, Inc. sells, assigns and transfers all of its right, title and interest, which exists now, or which may exist in the future, to any and all claims or rights of any kind against AmGUARD Insurance Company or any other insurer for failing to defend, prosecute, settle, pay or otherwise resolve the claims of Hee Jin Lowery and John Lowery against Shou & Shou, Inc. including, but not limited to, failing to defend, prosecute, settle, pay or otherwise resolve the claims pending in the case styled *Hee Jin Lowery and John Lowery v. Noodle Life, Inc. and Shou & Shou, Inc.* pending in State Court of DeKalb County, State of Georgia, Civil Action No. 19A75644.

In particular, this assignment is designed and intended to allow Hee Jin Lowery and John Lowery to prosecute an action against AmGUARD Insurance Company or any other insurer to recover the consent judgment they obtained against Shou & Shou, Inc. arising out of an incident that occurred on or about July 26, 2017, in the action captioned *Hee Jin Lowery and John Lowery v. Noodle Life, Inc. and Shou & Shou, Inc.* pending in State Court of DeKalb County, State of Georgia, Civil Action No. 19A75644, (A copy of the consent judgment is attached as Exhibit "A"), including, but not limited to, any claims for negligent failure to settle, bad faith failure to settle and wrongful denial of coverage.

In addition to the sum of one dollar, and as further consideration for this assignment and in exchange for this assignment, Hee Jin Lowery and John Lowery promise to forgo any right to seek compensation directly from Shou & Shou, Inc.  Instead, Hee Jin Lowery and John Lowery



**ATTACHMENT H**

promise to pursue the complete amount of the compensation owed them by Shou & Shou, Inc. directly from AmGUARD Insurance Company or other insurers and from its insurance broker.

Additionally, for and in consideration of the sum of one dollar and other good and valuable consideration, the acceptance of which is hereby acknowledged, Shou & Shou, Inc. sells, assigns and transfers all of its right, title and interest, which exists now, or which may exist in the future, to any and all claims or rights of any kind against its insurance broker, Ash Welborn Insurance Agency, its agents and employees, for breach of contract, negligence and all other causes of action, known and unknown, for failure to procure insurance. In particular, this assignment is designed and intended to allow Hee Jin Lowery and John Lowery to prosecute an action against Ash Welborn Insurance Agency, its agents and employees or any other insurance broker for failing to procure insurance for Shou & Shou, Inc. in the amount of $1 million dollars which would have been in full force and effect on or about July 26, 2017, when injury and damage to Hee Jin and John Lowery occurred.

Shou & Shou, Inc. further agrees to assist the Plaintiffs in the prosecution of any assigned claims, including but not limited to: (a) providing Plaintiffs with open access to its books, records, employees, documents and evidence, to the extent that is reasonably required to effectuate a successful prosecution of any assigned claims; and (b) executing any documents necessary to assign to Plaintiffs Shou & Shou's rights under any policy issued by any of Defendant's liability insurance carriers that may benefit the Plaintiffs.

This assignment is to be interpreted under the laws of Georgia, and the parties hereto intend for it to be interpreted to allow Hee Jin and John Lowery to pursue AmGUARD Insurance Company or any other insurers and Ash Welborn Insurance Agency, its agents and employees,

for the full amount of the judgment they obtained against Shou & Shou, Inc., including penalties, post judgment interest, and all other damages allowed by law.

This 24 day of June, 2020.

_Lena Shou_
Shou & Shou, Inc. By: _____
Lena Shou Kuo

Sworn to and subscribed before me

this 24 day of June, 2020.

_____

Notary Public
My commission expires: may 20, 2022

Approved by: _____
Ivan A. Gustafson

_Hee Jin Lowery_
Hee Jin Lowery

_John Lowery_
John Lowery

Sworn to and subscribed before me

this 8th day of July, 2020.

_____

Notary Public
My commission expires: 5/   2017

Approved by: _____
David P. Dekle