IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEE JIN LOWERY and <br> JOHN LOWERY, Individually, and <br> as Assignees of Shou & Shou, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> AMGUARD INSURANCE <br> COMPANY, <br><br> Defendant. | Case No.: 1:20-cv-05148-TWT |

## NOTICE OF INTENT TO ABANDON BAD FAITH CLAIM

COME NOW, Hee Jin Lowery and Joh Lowery, Plaintiffs herein, and file their notice of intent to abandon claim as follows:

1.

On September 14, 2022, the Court entered its opinion and order granting Plaintiffs' Motion for Partial Summary Judgment and denying Defendant's Motion for Summary Judgment. (Doc. 92)

2.

A sole issue left for determination is Plaintiffs' claim for bad faith penalties and attorneys' fees pursuant to O.C.G.A. § 33-4-6 as set forth in Count III of Plaintiffs' Amended Complaint. (Doc. 25, ¶¶54-58)

3.

Plaintiffs' elect to forego bad faith penalties and attorneys' fees and hereby abandon Count III of Plaintiffs' Amended Complaint seeking bad faith penalties and attorneys' fees pursuant to O.C.G.A. § 33-4-6.

4.

Contemporaneously herewith, Plaintiffs will file a motion requesting that the Court direct the clerk to enter final judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted this 21st day of October 2022.

David P. Dekle, P.C.

/s/ *David P. Dekle*
David P. Dekle
Georgia Bar No. 216590

3604 Wheeler Rd., Suite F
Augusta, GA  30909
(706) 922-7460 (phone)
(706) 243-4656 (fax)
ddekle@daviddeklelaw.com

Andrew W. Holliday, P.C.

/s/ *Andrew Holliday*
Andrew Holliday
Georgia Bar No. 362472

11175 Cicero Drive
Suite 100
Alpharetta, GA  30022
(678) 646-6771 (phone)
(678) 802-2129 (fax)
andrew@hollidayfirm.com

                                        Attorneys for Plaintiffs

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(D)**

Undersigned counsel certifies the foregoing brief has been prepared with Size 14 Times New Roman font and does not contain more than 10 characters per inch of type.

                                        */s/ David P. Dekle*
                                        David P. Dekle

## **CERTIFICATE OF SERVICE**

This certifies the foregoing Notice of Intent to Abandon Bad Faith Claim was filed with the Clerk of Court and served upon opposing counsel of record by the Court's electronic filing system ("ECF") as follows:

Lawrence Lee Washburn, IV
Kyle P. Barrett
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3348 Peachtree Road NE
Suite 1400
Atlanta, GA  30326
lee.washburn@wilsonelser.com
kyle.barrett@wilsonelser.com

This 21st day of October 2022.

      /s/ David P. Dekle
David P. Dekle