# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HEE JIN LOWERY and JOHN LOWERY, Individually, and as Assignees of Shou & Shou, Inc.,<br><br>  Plaintiffs,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>  Defendant. | Case No.: 1:20-cv-05148-TWT |

## FINAL ORDER AND JUDGMENT

Finding that no additional claims for adjudication remain pending before the District Court, and in accordance with Fed. R. Civ. Pro. 54 & 58,

**IT IS ORDERED AND ADJUDGED** that the Court's Opinion and Order dated September 14, 2022, is hereby made the final judgment of the Court. The Clerk is directed to enter Judgment in favor of Plaintiffs and against Defendant with the recalculation of post-judgment interest as follows:

In favor of Plaintiff Hee Jin Lowery in the amount of $900,000.00 plus post-judgment interest in the amount of $154.11 per day from the date of the Judgment entered in the underlying action on July 6, 2020 ($130,531.17 as of October 31, 2022); and

In favor of John Lowery in the amount of $100,000.00 plus post-judgment interest in the amount of $17.12 per day from the date of the Judgment entered in the underlying action on July 6, 2020 ($14,500.64 as of October 31, 2022); and in favor of Plaintiffs for all costs of this action.

SO ORDERED this __1st__ day of __November__, 2022.

*Thomas W. Thrash* (signature)
Judge Thomas W. Thrash, Jr.
Chief United States District Judge